

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| RICHARD J. MALOUF, D.D.S., | § | No. 08-20-00235-CV |
| Appellant, | § | Appeal from the |
| v. | § | 126th District Court |
| THE STATE OF TEXAS EX RELS. DR. CHRISTINE ELLIS, D.D.S., AND MADELAYNE CASTILLO, | § | of Travis County, Texas |
| | § | (TC# D-1-GV-12-000863) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 24, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jason W. Snell, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 24, 2021.

IT IS SO ORDERED this 22nd day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.